DELLINGER, APPELLANT, *v.* VINEYARD ET AL., RESPONDENTS.

[No. 1,232.]

[Submitted April 25, 1900. Decided May 22, 1900.]

(For syllabus see *Vincent* v. *Vineyard et al., ante* p. 207.)

*Appeal from District Court, Deer Lodge County; Theo. Brantly, Judge.*

ACTION by Daniel N. Dellinger against Gordon C. Vineyard and others, to determine the priorities between incumbrances upon real property. From a judgment in favor of defendants, plaintiff appeals. Affirmed.

*Mr. William H. De Witt* and *Mr. T. Bailey Lee,* for Appellant.

*Mr. H. R. Whitehill,* for Respondents.

PER CURIAM.—This appeal is from a judgment entered in favor of the defendants and against the plaintiff on the 23d day of February, 1898.

The questions presented in the case at bar have been decided by the opinion just handed down in *Vincent* v. *Vineyard*, *ante*, p. 207.    Upon the authority of that case the judgment is affirmed.

MR. CHIEF JUSTICE BRANTLY, being disqualified, took no part in the foregoing decision.